JANET LANGE, Respondent, v. KENNETH L. SWAIN, Appellant.— Appeal dismissed, with $10 motion costs for failure to comply with previous order.

JANET LANGE, Respondent, v. KENNETH L. SWAIN, Appellant.— Appeal dismissed, with $10 motion costs for failure to comply with previous order.

ROBERT E. MACON, Appellant, v. JERRY F. PAGANO et al., Doing Business as SAM PAGANO & SONS, Respondents.— Appeal dismissed, without costs, together with $10 motion costs for failure to comply with previous order.

JOSEPH C. AGNELLO et al., Doing Business as NIAGARA BUILDING COMPANY, Respondents, v. MARIAL LINDSAY et al., Appellants.— Appeal dismissed, with costs, together with $10 motion costs for failure to comply with previous order.

GERARDE B. RIVETTE, Appellant, v. STATE OF NEW YORK, Respondent.— Order of substitution entered.

MADGE WEED, Appellant, v. FELIX VISCUGLIA, Doing Business as MAIN STREET HOTEL, Respondent.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER M. SUBORSKI, Appellant.— Motion granted and appeal dismissed.

FLORENCE PARRY, Respondent, v. FRANCIS PARRY, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

In the Matter of the Estate of DOREEN HUSTREI, Deceased.— Motion granted and appeal dismissed.

In the Matter of the Estate of FRANKLIN P. DOCTOR, Deceased.— Motion granted and appeal dismissed.

ELHANAN D. BURDICK et al., Respondents, v. HENRY GOKEY, Appellant.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

AUGUSTO MARCANIO, Appellant, v. SALVATORE FASCIANO et al., Respondents. [And another action.] — Motion granted and appeal dismissed, with costs, together with $10 motion costs.

GEORGE W. COBB, Respondent, v. ROBERT McHAFFIE, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.